**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SOPHIA LOPEZ, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 4:26-40077-MRG |
| CHARLES WALL, | ) | |
| *Deputy Director, United States* | ) | |
| *Immigration and Customs Enforcement,* | ) | |
| et al, | ) | |
| | ) | |
| *Respondents*. | ) | |
| | ) | |

## ORDER OF DISMISSAL

**Guzman D.J.**

In accordance with the parties' Status Report [Docket No. 19] dated April 2, 2026, stating that further action is required on this Habeas Petition, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

April 3, 2026
Date

/s/Suzanne Frisch
Deputy Clerk